United States District Court
Southern District of Texas
**ENTERED**
December 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO MARTINEZ SANTOS, "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:25-cv-00254 |
| KRISTI NOEM, *et al.*, "Respondents." | § § § | |

## ORDER

To assess the impact of the class action certification in *Maldonado Bautista v. Santacruz*[1] on this case, the Court **ORDERS** the parties to submit supplemental briefing identifying what bearing, if any, that class certification has on Petitioner. The parties must submit their responses **by January 9, 2026, at 5 p.m. C.S.T**.

Signed on December 11, 2025.

_____
Rolando Olvera
United States District Judge

---

[1] No. 5-25-CV-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).